Fill in this information to identify the case:

Debtor 1    Ulisa Antonette Dewitt
           aka Ulisa Antoinette Dewitt

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the WESTERN District of LOUISIANA

Case number 19-10167

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges     12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** CARRINGTON MORTGAGE SERVICES, LLC    **Court claim no**. (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 4896

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| # | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 03/19/2019 | (5) | $300.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review Fee | 03/07/2019 | (11) | $350.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Ulisa Antonette Dewitt</u>　　　　　　　　　　　　Case number *(if known)* <u>19-10167</u>
<u>aka Ulisa Antoinette Dewitt</u>
　　　　Print Name　　Middle Name　　Last Name

## Part 2:　Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗　　/s/ Darrelyn Thomas　　　　　　　　　　　　　　　　　　　　Date　7.1.19
　　　Signature

Print　　Darrelyn Thomas　　　　　　　　　　　　　　　　　　　Title　Bankruptcy Attorney
　　　　First Name　　Middle Name　　Last Name

Company　RAS Crane, LLC

Address　10700 Abbott's Bridge Road, Suite 170
　　　　　Number　　Street

　　　　　Duluth, GA 30097
　　　　　City　　　　　　　　　　　　　　　　　　State　　ZIP Code

Contact Phone　470-321-7112　　　　　　　　　　　　　　　　　Email　dthomas@rascrane.com

---

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 5, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Ron Christopher Stamps
Ron Christopher Stamps, LLC
839 Kings Highway, Suite 125
Shreveport, LA 71104-4258

Ulisa Antonette Dewitt
2927 Lakehurst Avenue
Shreveport, LA 71108-3732

Todd Johns (Ch 13 Trustee)
Chapter 13 Trustee
POB 1770
Shreveport, LA 71166

U.S. Trustee
Office of U. S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101

 

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/ Alexis Van Zilen
    Alexis Van Zilen
    avzilen@rascrane.com